IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIN. DIALLO E. UHURU, | No. 2:15-CV-2607-CMK-P |
|     Plaintiff, | |
|   vs. | ORDER |
| ISAAC W. CHOY, | |
|     Defendant. | |
| _____/ | |

      Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has filed a notice of voluntary dismissal (Doc. 5).  Because no response to the complaint has been filed, leave of court is not required and the action is dismissed on plaintiff's notice.  <u>See</u> Fed. R. Civ. P. 41(a)(1)(A)(I).  The Clerk of the Court is directed to close this file.

      IT IS SO ORDERED.


DATED: February 19, 2016

                                                                                        **CRAIG M. KELLISON**
                                                                                         UNITED STATES MAGISTRATE JUDGE